# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JAMES FISHER,

              Plaintiff,

vs.                                          Case No. 3:11-cv-219-J-37TEM

STATE OF FLORIDA, et al.,

              Defendants.

_____

## ORDER

This case is before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 3), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge directed plaintiff to file an amended complaint and warned plaintiff that failure to comply could result in the Magistrate Judge recommending that his complaint be dismissed (Doc. 6). Plaintiff failed to further amend his complaint or to file any other response to the Court's Order and on April 6, 2011, the Magistrate Judge issued a Report and Recommendation recommending that plaintiff's request to proceed *in forma pauperis* be denied and this action be dismissed without prejudice (Doc. 9). However, no objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 9), it is hereby

**ORDERED**:

1.     The Report and Recommendation (Doc. 9) of the Magistrate Judge is

**ADOPTED** in full as the opinion of the Court.

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 3) is **DENIED**.

3. This case is dismissed without prejudice to plaintiff refiling a proper amended, paid complaint. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this _13_ day of May, 2011.

ROY B. DALTON, JR.
United States District Judge

mg.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

pro se plaintiff